UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

        Plaintiffs,

       vs.                                     ORDER

Scott Kimrey Goldsmith,

        Defendant.                Crim. No. 05-206 (PAM/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That the Defendant's Motion to Suppress Confessions or Statements in the Nature of Confessions [Docket No. 15] is denied.

                                      BY THE COURT:

                                      s/ Paul A. Magnuson
Dated: September 6, 2005          Judge Paul A. Magnuson
At St. Paul, Minnesota            United States District Court