```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
               CRIMINAL NO. 05-206 (PAM/RLE)
```

--------------------------------
United States of America,

       Plaintiff,

vs.                                                     ORDER

Scott Kimrey Goldsmith,

       Defendant.

--------------------------------

The Court, having examined the Joint Motion for Supplementation of Record, and being duly advised in the premises, grants the motion and directs the United States District Court Clerk to forward to the Clerk of the Eighth Circuit Court of Appeals all exhibits received by the Court at the July 13, 2006 sentencing hearing.

Dated: September __16__, 2006

                                    s/Paul A. Magnuson
                                    United States District Court